UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO J. VARELA-FERNANDEZ
    Plaintiff
        v.                                          Civil No. 98-1163(SEC)
NORMA BURGOS, SECRETARY OF
STATE OF THE COMMONWEALTH OF
PUERTO RICO
    Defendant



## ORDER

| MOTION | RULING |
|---|---|
| **Docket #21**<br>**Motion to Consolidate With Civil No. 98-2287(HL) or to Remand** | Plaintiff's request for the consolidation of the above-captioned case with Civil No. 98-2287(HL) is **DENIED**. This case is closed and should not be consolidated with an active case. In addition, plaintiff's request for a remand is **MOOT**; this Court has already ruled on three separate occasions on the issue of remand and it shall not do so again. |

DATE: September *15*, 1999

/s/ SALVADOR E. CASELLAS
United States District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

